## JOHN VICKORY et al. v. STATE, for the use of THOMAS VICKORY.

High Court of Errors and Appeals.   June 13, 1828.

*Ridgely's Notebook V, 453.*

### [THE COURTS.]

High Court of Errors and Appeals.

*Ridgely's Notebook V, 540.*

### Monday, June 8, 1829.

The Court met Monday, June 8.  Present:  RIDGELY, CHANCELLOR; JOHNS, Chief Justice; DAVIS, ROWLAND and DINGLE, Justices of the Supreme Court; CLAYTON, Chief Justice; and COOPER, STOUT, and NANDAIN, Justices of the Court of Common Pleas.

The Court heard the appeal from Chancery of *Rodney et al. v. Mary Robinson et al.*

### Tuesday, June 9.

Present the Judges of this Court as yesterday.  CLAYTON, Chief Justice of the Court of Common Pleas, delivered the opinion of the Court on the appeal of *Du Pont and Du Pont v. Bauduy,* affirming the appeal.

The Court also heard the case of *The Farmers' Bank of Delaware v. John Merritt's Executors.*

The case of *Broom et al. v. Thomas Roberts.*

### Wednesday, June 10.

Same Judges as yesterday.  *McFachan's Administrator v. Barry* was heard.